**John K. MEREDITH, Appellant, v. William H. HIATT, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.**

No. 13480.

United States Court of Appeals
Fifth Circuit.

April 23, 1951.

Rehearing Denied May 17, 1951.

John K. Meredith, in pro. per.

Harvey H. Tisinger, Asst. U. S. Atty., J. Ellis Mundy, U. S. Atty., Atlanta, Ga., for appellee.

Before HUTCHESON, Chief Judge, and HOLMES and BORAH, Circuit Judges.

PER CURIAM.

Insisting that the matters presented by his petition for writ of habeas corpus have not been heretofore presented, either in his Sec. 2255, 28 U.S.C.A., proceedings or in the previous appeals to this court from denials of prior petitions,[1] and that the contentions he makes require relief, appellant urges upon us that the district judge erred in denying his petition.

The judgment of denial was right. It is affirmed.

**MOON LAKE ELECTRIC ASSOCIATION, a Corporation, v. NATIONAL METAL & STEEL CORPORATION, a Corporation.**

No. 4216.

United States Court of Appeals
Tenth Circuit.

March 6, 1951.

Riter, Cowan, Henriod & Finlinson, Salt Lake City, Utah, and George E. Stewart, Roosevelt, Utah, for appellant.

Ray, Quinney & Nebeker, Salt Lake City, Utah, for appellee.

Before PHILLIPS, Chief Judge, and KNOUS, District Judge.

PER CURIAM.

Appeal dismissed March 6, 1951, pursuant to stipulation of the parties.

1. Meredith v. Sanford, 5 Cir., 163 F.2d 830; Meredith v. Gough, 5 Cir., 168 F.2d 193.